IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

LEROY HILBERTO ZUBIATE,

    Plaintiff,

v.                                      2:24-CV-165-Z-BR

STATE OF TEXAS, *et al.*,

    Defendants.

## ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss this case for failure to prosecute. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. ECF No. 14. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**.

March 19, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE